UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TAMMY K. DAGGETT, | ) | BANKRUPTCY CASE NO. 14-10829-JMC-7A |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF DEFAULT AND REQUEST FOR ENTRY
OF ORDER REVOKING AND DENYING DISCHARGE**

Richard E. Boston, Trustee ("the Trustee"), for his Notice of Default and Request for Order Revoking and Denying Discharge, states:

1. On October 6, 2015, this Court entered an Order Approving the Motion to Approve Compromise and Settlement submitted by the Trustee and approved and accepted by debtor's attorney, John L. Stewart, and debtor, Tammy K. Daggett, (the "Debtor").

2. Such Order required the Debtor to make certain payments to the Trustee.

3. The Debtor has failed to carry out the terms of the Order Approving Compromise and Settlement in that she has failed to make the required monthly payments to the Trustee. To date the Debtor has made payments totaling $200.00 to the Trustee. The last payment was received in December, 2015, and the Debtor has failed to pay the entire remaining balance by April 15, 2016, as required by the Order.

4. Debtor's failure to make the monthly payments and to pay the remaining balance by April 15, 2016, is a "default" under the above Court Order.

5. The Order provided that upon default and the Trustee's filing of a Notice of Default, the Court would enter an order revoking the Debtor's discharge, if she did not object to this Notice in twenty (20) days after it is filed with the Court. The Order also provided that the Trustee was not required to file a separate adversary proceeding to obtain revocation of discharge.

6. There remains due and owing to the bankruptcy estate the sum of $988.21.

7. The Trustee has received no communication from the Debtor regarding her monthly payments or any explanation as to why they have not been made as ordered.

Accordingly, the Trustee requests that this Court enforce its prior Order by revoking and denying the Debtor, Tammy K. Daggett's, discharge, if no objection is filed by the Debtor within twenty (20) days of this Notice.

Respectfully submitted,

/s/ Richard E. Boston
Richard E. Boston, Trustee
27 North 8th Street
Richmond IN 47374
(765) 962-7527
rebch7@bbkcc.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within pleading has been served this 23rd day of May, 2016, by regular United States mail, postage prepaid, or by electronic filing upon the following:

U.S. Trustee |Office of U.S. Trustee|101 W. Ohio St., Ste. 1000|Indianapolis, IN 46204-1982
John L. Stewart |120 E. Market St., Ste. 721|Indianapolis, IN 46204-3237
Richard E. Boston |Office of Richard E. Boston|27 N 8th St|Richmond, IN 47374-3028
Tammy Kay Daggett |24 N McCullum Street|Knightstown, IN 46148-1268|
American InfoSource LP as agent for |Midland Funding LLC|PO Box 268941|Oklahoma City, OK  73126-8941
American Medical Collection Agency |PO Box 1235|Elmsford, NY 10523-0935
Captial One Bank |PO Box 6492|Carol Stream, IL 60197-6492
City of Greenfield |PO Box 456|Greenfield, IN 46140-0456
COLLECTION ASSOCIATES LLC|PO BOX 349|GREENSBURG IN 47240-0349
Comcast |PO Box 3006|Southeastern, PA 19398-3006
Community Breast Care |8040 Clearvista Pkwy, Suite 290|Indianapolis, IN 46256-5604
Community Health Network |PO Box 19202|Indianapolis, IN 46219-0202
Family Medicine of Greenfield |740 W. Green Meadows Dr.|Greenfield, IN 46140-3097
Figi S Companies Inc |3200 S Central Ave|Marshfield, WI 54404-0002
Figi's Companies Inc. |c/o Creditors Bankruptcy Service|P.O. Box 800849|Dallas, TX 75380-0849
First National Credit Bureau |610 Waltham Way|Sparks, NV 89434-6695
Forum Credit Union |11313 Usa Pkwy|Fishers, IN 46037-9208
Forum Credit Union |PO Box 50738|Indianapolis, IN 46250-0738
Frey Water Conditioning |5121 W. US 52|New Palestine, IN 46163-9193
Ginny's |1112 7th Ave|Monroe, WI 53566-1364
Ginny's |c/o Creditors Bankruptcy Service|P.O. Box 800849|Dallas, TX 75380-0849
Hancock Anesth Group |PO Box 68952|Indianapolis, IN 46268-0952
Hancock Physician Network |PO Box 129|Greenfield, IN 46140-0129
Hancock Regional Hospital |801 North State St|Greenfield, IN 46140-1270

IMC Collections |PO BOX 20636|Indianapolis, IN 46220-0636
Imc Credit Services |6955 Hillsdale Ct|Indianapolis, IN 46250-2054
Indiana  Physician Management Hancock |7189 Solutions Center|Chicago, IL 60677-7001
Indiana Cosmetic and Plastic Surgeons |PO Box 68952|Indianapolis, IN 46268-0952
Irvington Radiologists |7340 Shadeland   #1200|Indianapolis, IN 46256-3980
LVNV Funding, LLC its successors and assigns|assignee of Arrow Financial Services,|LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587
Lvnv Funding Llc |Po Box 10497|Greenville, SC 29603-0497
MERRICK BANK |Resurgent Capital Services|PO Box 10368|Greenville, SC 29603-0368
Med-1 Sol |517 Us Highway 31 N|Greenwood, IN 46142-3932
Med-1 Solutions, LLC |6239 South East St., Suite F|Indianapolis, IN 46227-2088
Merrick Bank |PO Box 30537|Tampa, FL 33630-3537
Merrick Bk |Attn: Bankruptcy|P.O. Box 9201|Old Bethpage, NY 11804-9001
Mid America Clinical Lab |PO Box 643522|Pittsburgh, PA 15264-3522
Midland Funding |8875 Aero Dr Ste 200|San Diego, CA 92123-2255
Midland Funding LLC |c/o BOWMAN HEINTZ BOSCIA & VICIAN PC|8605 Broadway|Merrillville, IN 46410-7033
Northland Group |P.O. Box 390846|Minneapolis, MN 55439-0846
Professional Recovery Consultants |P.O. Box 51187|Durham, NC 27717-1187
Seventh Avenue |1112 7th Avenue|Monroe, WI 53566-1364
Seventh Avenue |c/o Creditors Bankruptcy Service|P.O. Box 800849|Dallas, TX 75380-0849
Urology of Indiana |PO Box 6069 Dept 14|Indianapolis, IN 46206-6069

    /s/ Richard E. Boston  
    Richard E. Boston, Trustee